NEW YORK MORTGAGE AND SECURITY COMPANY, Respondent, *v.* THOMPSON B. MOORE et al., Composing the Firm of MOORE & SHEA, Appellants, Impleaded with Others.

*N. Y. Mortgage & Security Co.* v. *Concourse Park Hotel Co.*, 115 App. Div. 882, affirmed.

(Argued October 18, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 2, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mortgage.

*Hector M. Hitchings* for appellants.

*James A. Deering* and *Clarence L. Barber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.